**In re: Keith Douglas ROBINSON, Petitioner.**

No. 10–1367.

United States Court of Appeals, Fourth Circuit.

Submitted: June 24, 2010.

Decided: June 29, 2010.

Keith Douglas Robinson, Petitioner Pro Se.

Before DUNCAN, AGEE, and DAVIS, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Douglas Robinson petitions for a writ of mandamus seeking to challenge this court's decision in *Robinson v. Jackson,* 315 Fed.Appx. 493 (4th Cir.2009) (unpublished). Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Kerr v. United States Dist. Court,* 426 U.S. 394, 402, 96 S.Ct. 2119, 48 L.Ed.2d 725 (1976); *United States v. Moussaoui,* 333 F.3d 509, 516–17 (4th Cir.2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and there are no adequate means to obtain that re-

lief. *In re Braxton,* 258 F.3d 250, 261 (4th Cir.2001).

Because mandamus is not the proper remedy for challenging a prior decision of this court, we deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*